**Evan A. Schmutz (3860)**
  *eschmutz@djplaw.com*
**Jordan K. Cameron (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMPSON AND COMPANY, INC., a Florida corporation ; DOES 1-40,<br><br>    Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:15cv00385 EJF<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff XMission, LC, by and through counsel, and pursuant to Fed. R. Civ. P., 41(a)(1)(A), hereby gives notice of the dismissal of this action and all claims asserted herein with prejudice. The Complaint has not been served and no answer or motion for summary judgment has been filed.

DATED this 26th day of August, 2015.

                                      DURHAM JONES & PINEGAR

                                      /s/ Jordan K. Cameron
                                      Jordan K. Cameron

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2015, I served the foregoing by email and by first-class U.S. Mail, postage prepaid, to the following:

Nicole Griffen Farrell
PARSONS BEHLE & LATIMER
210 South Main Street, Suite 1800
Salt Lake City, UT 84111
nfarrell@parsonsbehle.com

                                                      _/s/ Kim Altamirano_____